# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2181

_____

Victor R. Ziegler, Sr.

*Plaintiff - Appellant*

v.

Sally Jewell, Secretary Department of the Interior

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: February 4, 2016
Filed: February 12, 2016
[Unpublished]

_____

Before LOKEN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Victor R. Ziegler, Sr., appeals the district court's[1] order, following a bench trial, finding that the Department of Interior met its burden of proving that its

---

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

settlement agreement with Ziegler was obtained in compliance with the applicable provisions of the Older Workers Benefit Protection Act (OWBPA). Having reviewed the district court's legal conclusions de novo, and its factual findings for clear error, see Stonebridge Collection, Inc. v. Carmichael, 791 F.3d 811, 817 (8th Cir. 2015), we agree that the evidence showed Ziegler's waiver of his claims under the Age Discrimination in Employment Act was knowing and voluntary, and thus valid, as the settlement agreement, at a minimum, met the applicable requirements under 29 U.S.C.§ 626(f), see Parsons v. Pioneer Seed Hi-Bred Int'l, Inc., 447 F.3d 1102, 1104 (8th Cir. 2006) (discussing protections under OWBPA). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____